Brandy A. Sargent (045713)
Brandy.Sargent@klgates.com
Michael B. Lubic (*pro hac vice* pending)
michael.lubic@klgates.com
Robert B. McLellarn (*pro hac vice* pending)
Robert.McLellarn@klgates.com
K&L GATES LLP
One SW Columbia Street
Suite 1900
Portland, Oregon  97204
Telephone: +1 503 228 3200
Facsimile: +1 503 248 9085


Attorneys for KSV Kofman Inc.
Foreign Representative

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Audible Capital Corp.,<br><br>      Debtor in a Foreign Proceeding. | Case No. 20-31521-15<br><br>Chapter 15<br><br>CORPORATE OWNERSHIP STATEMENT |

   KSV Kofman Inc. ("KSV" or the "Receiver"), the Court-appointed receiver for Audible Capital Corp. ("Audible" or the "Debtor") in a proceeding under Canada's *Bankruptcy and Insolvency Act*, R.S.C. 1985, c.B-3, as amended, and *Courts of Justice Act*, R.S.O. 1990, c. C.43, as amended, pending before the Ontario Superior Court of Justice (Commercial List) at Toronto (the "Canadian Proceeding"), hereby files this Corporate Ownership Statement pursuant to Federal Bankruptcy Rules of Procedure 1007(a)(4)(A) and 7007.1 identifying any corporation that directly or indirectly owns 10% or more of any class of the Debtor's equity interests:

   None.  The Debtor is wholly-owned by William Gallacher, an individual.

1

Dated: May 7, 2020                                    K&L GATES LLP

                                                      By: /s/ Brandy A. Sargent
                                                          Brandy A. Sargent, Bar No. 045713
                                                          Brandy.Sargent@klgates.com
                                                          Michael B. Lubic
                                                          michael.lubic@klgates.com
                                                          Robert B. McLellarn
                                                          Robert.McLellarn@klgates.com

                                                      One SW Columbia Street
                                                      Suite 1900
                                                      Portland, Oregon  97204
                                                      Telephone:    +1 503 228 3200
                                                      Facsimile:    +1 503 248 9085

                                                      Attorneys for KSV Kofman Inc.
                                                      Foreign Representative of
                                                      Audible Capital Corp.